Dismissed and
Memorandum Opinion filed June 10, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-01028-CV

____________

 

IN THE ESTATE OF BEULAH ANN SHEPARD, An Incapacitated
Person

 

On
Appeal from Probate Court No. 4

Harris County, Texas

Trial Court Cause No. 374,762

 



MEMORANDUM
OPINION

            This is an appeal from a judgment signed August 12, 2009.  The
clerk’s record was filed December 16, 2009.  No brief was filed.

            On April 15, 2010, this court issued an order stating that the
court would dismiss the appeal for want of prosecution. unless appellant Eulinda
Kay Shepard submitted her brief, together with a motion reasonably explaining
why the brief was late, on or before May 14, 2010, See Tex. R. App. P. 42.3(b).

Appellant filed no brief
, motion, or other response.

            Accordingly, the appeal is ordered dismissed.

                                                                        PER
CURIAM

Panel consists of Justices
Anderson, Frost, and Seymore.